**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    BRADLEY MILLER,                           No. C 14-4796 WHA (PR)

9              Plaintiff,                       **ORDER OF TRANSFER**

10      vs.

11   CLIFF ALLENBY; AUDREY KING;
     TOM VOSS; PAM AHLIN;
12   STEPHEN MAYBERG,                           (Dkt. 2, 8)

13             Defendant.
                                    /
14

15         Plaintiff, a civil detainee at the Coalinga State Hospital ("Coalinga"), filed this civil

16   rights case under 42 U.S.C. 1983 complaining about the conditions of his confinement and his

17   assessments under the Sexually Violent Predator Act at Coalinga.  Defendants are officials of

18   Coalinga and of the California Department of Corrections and Rehabilitation in Sacramento

19   Both Coalinga and Sacramento lie within the venue of the United States District Court for the

20   Eastern District of California.  Venue for this case is therefore proper in the Eastern District.

21   *See* 28 U.S.C. 1391.  Accordingly, and in the interests of justice, this case is **TRANSFERRED** to

22   the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a),

23   1406(a).  In light of this transfer, the pending motions (dkt. 2 & 8) are deferred to the Eastern

24   District.

25         The clerk shall transfer this matter forthwith.

26         **IT IS SO ORDERED.**

27   Dated: December ____17____, 2014.

28                                              _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE